UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH MARTIN | CIVIL ACTION |
| VERSUS | NUMBER: **19-44** |
| SHERIFF DANIEL EDWARDS, ET AL | SECT "G" |
| | HON. NANNETTE JOLIVETTE BROWN |
| | MAG. (1) |
| | HON. JANIS van MEERVELD |

**MOTION TO SUBSTITUTE VIVIAN ANN CREEL CROCKETT
AS PROPER PARTY FOR DECEASED DEFENDANT CAMERON CROCKETT**

NOW INTO COURT, through undersigned counsel, comes the plaintiff, Joseph Martin, who moves to substitute as a party defendant herein in place of the deceased Cameron Crockett, his surviving wife and heir, Vivian Ann Creel Crockett. The plaintiff has conducted an investigation and determined that as of January 11, 2021 Cameron Crockett's heirs have not opened a Succession in Tangipahoa Parish, Louisiana; the parish in which Cameron Crockett resided and died. Mr. Crockett's obituary identified Vivian Ann Creel Crockett as his wife. As this is an action for damages against Cameron Crockett involving allegations of both a Civil Rights violation under 42 U.S.C. § 1983 and Supplemental State law claims pursuant to Louisiana Civil Code Article 2315; the plaintiff's claims were not extinguished by the death of the defendant. Vivian Ann Creel Crockett is the heir of the

-1-

deceased and is the proper party to name in the place of the deceased defendant.

On December 14, 2020 a Suggestion of Death was filed into the record. (Rec. Doc. 56). The plaintiff has 90 days after service of the Suggestion of Death to file the Motion for Substitution.

WHEREFORE, plaintiff moves this Court for an order substituting Vivian Ann Creel Crockett as proper party for the deceased defendant Cameron Crockett.

Respectfully submitted;

**GARY W. BIZAL, L.L.C.**

/s/ Gary W. Bizal
**GARY W. BIZAL** (La. Bar No. 1255)
4907 Magazine St
New Orleans, Louisiana  70115
(504)525-1328 Telephone
(504)525-1353 Fax
gary@garybizal.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2021 I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record registered for CM/ECF filing.

/s/  *GARY W. BIZAL*

-2-