UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH MARTIN | CIVIL ACTION |
| VERSUS | NUMBER: **19-44** |
| SHERIFF DANIEL EDWARDS, ET AL | SECT "G" |
| | HON. NANNETTE JOLIVETTE BROWN |
| | MAG. (1) |
| | HON. JANIS van MEERVELD |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the plaintiff's Motion to Substitute Proper Party for Deceased Defendant Cameron Crockett is set for submission on **January 27, 2021** at **10:00 a.m.** before the Honorable Nannette Jolivette Brown, United States District Judge for the Eastern District of Louisiana.

_____
HON. NANNETTE JOLIVETTE BROWN